## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                          CHAPTER 13
                                                                    CASE No. 13-31546-DHW

**Shayla Collins,**

      **Debtor(s).**

### TRUSTEE'S OBJECTION TO MOTION FOR HARDSHIP DISCHARGE

COMES NOW, the Trustee, by and through the undersigned counsel, and hereby objects to the debtor(s) motion for hardship discharge. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on June 18, 2013.

2. The debtor(s) has not filed Official Form 23, the Statement of Completion of a course in personal financial management as set out in Rule 1007(b)(7).

3. The motion is not filed in compliance with Local Rule 4004-1(c).

4. Debtor(s) has not made the necessary statements and certifications set forth in the form.

WHEREFORE, the Trustee objects to the debtor(s) motion for hardship discharge, as the requirements of Local Rule 4004-1(c) and Rule 1007(b)(7) have not been met.

Respectfully submitted May 6, 2016.

                                     Curtis C. Reding
                                     Standing Chapter 13 Trustee

                   By:     /s/ Tina J. Hayes
                                     Tina J. Hayes
                                     Staff Attorney for the Trustee
                                     ASB-9847-C32H

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127

## CERTIFICATE OF SERVICE

      I, Tina J. Hayes, hereby certify that a copy of the foregoing TRUSTEE'S OBJECTION TO DEBTOR(S) MOTION FOR HARDSHIP DISCHARGE has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, May 6, 2016.

                                  /s/ Tina J. Hayes
                                  Tina J. Hayes

Shayla Collins
108 LC McMillian Avenue
Troy, AL 36081

Richard D. Shinbaum (*via electronic filing*)