IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:     CASE NO. 13-31546-DHW
CHAPTER 13

**SHAYLA COLLINS**

**Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, by and through the undersigned counsel, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on June 18, 2013 and confirmed on September 09, 2013.
2. Debtor's current plan payments are $90.00 bi-weekly, and the overall pay record is 64.11% .
3. No prior motions to dismiss have been filed in this case.
4. No motions for relief have been filed in this case.
5. This is the only Motion to Dismiss filed in the past 12 months.
6. The last payments received by the Trustee from the debtor were received on:

$80.00     03/10/2016     1058     $30.00     03/18/2016     1050

7. The case is feasible.

Respectfully submitted on June 03, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | */s/ Curtis C. Reding*<br>―――――――――――――<br>Curtis C. Reding<br>Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor (s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on June 03, 2016.

*/s/ Curtis C. Reding*
―――――――――――――
Curtis C. Reding
Chapter 13 Trustee